**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**CLARENCE L. DUNSON,**

    **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　　　　　　　**CASE NO. 5:08CV317-RS/AK**

**SGT. MCKINNEY, et al,,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff brings this cause pursuant to 42 U.S.C. §1983 against corrections officers at Jackson Correctional Institution alleging that they refused to return his legal material, which was in another inmate's cell, hindering his efforts to file a post-conviction motion.  (Doc. 2) This case was transferred from the United States District Court for the Middle District of Florida and alleges similar claims made against the exact same defendants in another case originally filed in this district, Case No. 5:08cv291.  It appears that Plaintiff has filed duplicate lawsuits and the earlier filed lawsuit, to which Plaintiff has already been granted leave to proceed, should proceed.  The present case should be dismissed so that Plaintiff does not incur costs for filing two lawsuits raising the same issues.

It is respectfully **RECOMMENDED** that this case be dismissed as duplicative.

**IN CHAMBERS** at Gainesville, Florida, this  **26**$^{th}$ day of January, 2009.

                                      *s/ A. KORNBLUM*
                                      **ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

**No. 5:08cv317-rs/ak**