IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CLARENCE L. DUNSON,

    Plaintiff,

vs.                              CASE NO. 5:08cv317/RS-AK

SERGEANT MCKINNEY; CAPTAIN
MCKINNEY; LIEUTENANT R. DAFFIN;
STAFF ASSISTANT SHERYL CONRAD;
and ASSISTANT WARDEN BUDDY
KENT,

    Defendants.
_____/

## ORDER

    Before me is the Magistrate Judge's Report and Recommendation (Doc. 9) and Plaintiff's Correspondence (Doc. 10), which appears to request that this case be consolidated with another case filed by Plaintiff and not dismissed. I will consider Plaintiff's communication (Doc. 10) *de novo* as objections to the dismissal recommended by the Report and Recommendation

    **IT IS ORDERED:**

    1.    The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

    2.    This case is dismissed as duplicative.

    3.    The clerk is directed to close the file.

.

**ORDERED** on February 10, 2009.

                                        <u>/S/ Richard Smoak</u>
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**